1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   611 Wilshire Blvd., Suite 808
3  Los Angeles, CA 90017
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

6
7
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ERIC SABATINI, | Case No.  2:21-cv-09292-FMO-RAO |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| VEONEER, INC., ROBERT W. ALSPAUGH, JAN CARLSON, JAMES M. RINGLER, MARK DURCAN, JONAS SYNNERGREN, KAZUHIKO SAKAMOTO, and WOLFGANG ZIEBART, | JURY TRIAL DEMANDED |
| Defendants. | |

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with

- 1 -

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 10, 2022

**WEISSLAW LLP**
Joel E. Elkins

By: */s/ Joel E. Elkins*

Joel E. Elkins
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile: 310/209-2348
        -and-
Richard A. Acocelli
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*